# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO. 2:16-cr-00135-KKD-GMB |
| ) | |
| ANDRES BUENDIA-SANTOS, ) | |
| ) | |
| Defendant ) | |

## ORDER

After due and proper consideration, and a *de novo* determination of those portions of the recommendation to which objection is made, as well as the video of the traffic stop at issue, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) and dated August 29, 2016 (Doc. 43), is **ADOPTED** as the opinion of this Court. Accordingly, Defendant's motion to suppress (Doc. 19) and supplemental motion to suppress (Doc. 37) are **DENIED**.

**DONE** and **ORDERED** this **26th** day of **September 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**